UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNIFY HOME LENDING INC., <br><br> Plaintiff, <br><br> v. <br><br> PLAINS COMMERCE BANK, RUSSELL ALLGIER, JAMEE ALLGIER, AMBER MATT, OLIVIA FRIEDEL AND CHRISTIAN HARDING, <br><br> Defendants. | 5:24-CV-05033-CBK <br><br><br> **ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), and the Joint Motion for Dismissal with Prejudice submitted by the parties (Doc. 22), it is hereby ORDERED that the above-captioned action be dismissed, on the merits, with prejudice, and with each party to bear their own attorneys' fees and costs.

Dated this ____12th____ day of May, 2025.

BY THE COURT:

HON. CHARLES B. KORNMANN
United States District Judge

1